McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Michael.Cabotaje@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DAVID B. HAUG, ) | CIVIL NO. 1:06-CV-0834-DLB |
|     Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
|     v. ) | EXTEND TIME |
| ) | |
| MICHAEL J. ASTRUE[1], ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The parties, through their respective counsel, stipulate that the time for filing defendant's
2  opposition to plaintiff's opening brief be extended from February 20, 2007, to March 22, 2007.
3  This is defendant's first request for an extension of time to file a response to plaintiff's opening
4  brief. Defendant needs the additional time to further review the file and prepare a response in this
5  matter.

                Respectfully submitted,

Dated: February 16, 2007    /s/ *Robert D. Christenson*
                (As authorized via facsimile/e-mail/telephone)
                ROBERT D. CHRISTENSON
                Attorney for Plaintiff

Dated: February 16, 2007    McGREGOR W. SCOTT
                United States Attorney
                LUCILLE GONZALES MEIS
                Regional Chief Counsel, Region IX
                Social Security Administration

                /s/ *Michael A. Cabotaje*
                MICHAEL A. CABOTAJE
                Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   February 20, 2007**      /s/ **Dennis L. Beck**
9b0hie               UNITED STATES MAGISTRATE JUDGE